IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,　　　　　　　　　　　No. CIV S-10-3233 KJM-DAD

    vs.

JASON BERNARD BROWN dba American
Spirit Sports Bar; et al.,

    Defendants.　　　　　　　　　　<u>ORDER</u>
_____/

    Plaintiff has filed an ex parte application for an order vacating the status conference set for June 15, 2011. (ECF 15.) Plaintiff's representations and the record reflect that defendants have failed to appear in this action and have had default entered against them by the clerk of the court. (ECF 12.) Plaintiff further indicates that it intends for file for default judgment. Accordingly, in anticipation of plaintiff's motion for default judgment, the status conference set for June 15, 2011 is hereby VACATED to be reset if the court deems necessary. Plaintiff is ORDERED to file its motion for default judgment within thirty days of the filed date of this order.

    IT IS SO ORDERED.

DATED: June 10, 2011.

                                    UNITED STATES DISTRICT JUDGE