UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814


**J&J Sports Productions, Inc.**

      **v.**

**Jason Bernard Brown, et al**

             **DEFAULT JUDGMENT**

      **Case No. CIV S-2:10-cv-3233 KLM-DAD**

_____


      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

        **Jason Bernard Brown, Lawrence L. Brown, individually and d/b/a American Spirit Sports Bar, Jbeezy Enterprises, LLC, and unknown business entity d/b/a American Spirit Sports Bar**


February 6, 2012

      VICTORIA C. MINOR, CLERK


      By: s/A. Meuleman
      A. Meuleman, Deputy Clerk