UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J&J Sports Productions, Inc.                           DEFAULT JUDGMENT

    v.
                                                                     Case No. CIV S-2:10-cv-3233 KLM-DAD

Jason Bernard Brown, et al

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Jason Bernard Brown, Lawrence L. Brown, individually and d/b/a American Spirit Sports Bar, Jbeezy Enterprises, LLC, and unknown business entity d/b/a American Spirit Sports Bar

February 6, 2012

                                                                    VICTORIA C. MINOR, CLERK

                                                                     By: s/A. Meuleman
                                                                     A. Meuleman, Deputy Clerk