1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 SACRAMENTO DIVISION

11

| | | |
|---|---|---|
| 12 | J & J SPORTS PRODUCTIONS, INC., ) | CASE NO. 2:10-cv-3233 KJM-DAD |
| 13 | )<br>Plaintiff, ) | |
| 14 | )<br>vs. ) | ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE |
| 15 | )<br>Jason Bernard Brown *Doing business as* ) | § 699.080 |
| 16 | American Spirit Sports Bar; Lawrence L. )<br>Brown *Doing business as* American ) | |
| 17 | Spirit Sports Bar ; Jbeezy Enterprises, )<br>LLC *Doing business as* American Spirit ) | |
| 18 | Sports Bar; )<br>) | |
| 19 | Defendants. )<br>_____ ) | |

20    Based upon the Declaration of David J. Cook, Esq., and finding that Legalese Attorney

21 Services is a registered process server, having filed a certificate of registration with the County

22 Clerk, Sacramento County Superior Court, and otherwise authorized to perform the services

23 delineated in California Code of Civil Procedure § 699.080, and furthermore finding that the use

24 of a private process server would serve the interest of justice in relieving the United States

25 Marshal from effectuating certain types of services necessary to effectuate collection of the

26 Judgment herein, and furthermore finding that the use of a process server is routine in the

27 enforcement of a Judgment, and authorized by California law, which is applicable herein under

28

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. 2:10-cv-3233 KJM-DAD

1   Federal Rule of Civil Procedure 69 and Bankruptcy Code § 7069, and upon ex parte application,

2   and for good cause appearing, therefore,

3        IT IS HEREBY ORDERED that Plaintiff may employ the services of Legalese Attorney

4   Services to perform the duties and responsibilities of a levying officer as defined under California

5   Code of Civil Procedure § 699.080.

6        IT IS FURTHER ORDERED that Legalese Attorney Services shall comply with the

7   requirements of the California Code of Civil Procedure in the enforcement of judgments,

8   consistent with and in conformity to California Code of Civil Procedure § 699.080.

9   DATED:  July 18, 2012.

10

11                                        _____
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE
NO. 2:10-cv-3233 KJM-DAD