1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | CASE NO.  2:10-cv-3233 KJM-DAD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING PROCESS SERVER |
| vs. ) | TO LEVY EXECUTION PURSUANT TO |
| ) | CALIFORNIA CODE OF CIVIL PROCEDURE |
| Jason Bernard Brown *Doing business as* ) | § 699.080 |
| American Spirit Sports Bar; Lawrence L. ) | |
| Brown *Doing business as* American ) | |
| Spirit Sports Bar ; Jbeezy Enterprises, ) | |
| LLC *Doing business as* American Spirit ) | |
| Sports Bar; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based upon the Declaration of David J. Cook, Esq., and finding that Legalese Attorney Services is a registered process server, having filed a certificate of registration with the County Clerk, Sacramento County Superior Court, and otherwise authorized to perform the services delineated in California Code of Civil Procedure § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. 2:10-cv-3233 KJM-DAD

Federal Rule of Civil Procedure 69 and Bankruptcy Code § 7069, and upon ex parte application, and for good cause appearing, therefore,

    IT IS HEREBY ORDERED that Plaintiff may employ the services of Legalese Attorney Services to perform the duties and responsibilities of a levying officer as defined under California Code of Civil Procedure § 699.080.

    IT IS FURTHER ORDERED that Legalese Attorney Services shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to California Code of Civil Procedure § 699.080.

DATED: July 18, 2012.

_____
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. 2:10-cv-3233 KJM-DAD